# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNARD SCOTT** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PHILADELPHIA POLICE DEPARTMENT,** | : | |
| **POLICE OFFICER, ROBERT HEENEY,** | : | |
| **POLICE OFFICER, MS KATIE LANKFORD** | : | NO. 19-2871 |

## ORDER

**NOW**, this 23rd day of October, 2019, upon consideration of plaintiff's Amended Complaint (Document No. 9), it is **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Amended Complaint is **DISMISSED**.

<u>/s/ TIMOTHY J. SAVAGE J.</u>